IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IOT CONSORTIUM OF PLANO TEXAS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUND AROUND, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:18-cv-89<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

1. This is an action for patent infringement in which IoT Consortium of Plano Texas, LLC ("IoT" or "Plaintiff"), makes the following allegations against Sound Around, Inc. ("Sound Around").

**PARTIES**

2. Plaintiff IoT is a Texas limited liability company with its principal place of business at 6505 W. Park Blvd., Suite 306-260, Plano, Texas, 75093.

3. On information and belief, Defendant Sound Around, Inc. is a New York Domestic Business Corporation with its principal place of business at 1600 63rd.Street, Brooklyn N.Y. 11204. On information and belief, Defendant may be served via its Chief Executive Officer, Zigmond Brach, at Defendant's principal place of business.

**JURISDICTION AND VENUE**

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district, and has committed and/or induced acts of patent infringement in this district.

6.     On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to their substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I
## WILLFUL INFRINGEMENT OF U.S. PATENT NO. 8,402,109

7.     Plaintiff is the owner by assignment of all right, title and interest in and to the valid and enforceable United States Patent No. 7,286,799 ("the '799 Patent") entitled "Remote Caller Identification (ID) Device."  The '799 Patent issued on October 23, 2007.  A true and correct copy of the '799 Patent is attached as Exhibit A.

8.     Upon information and belief, Defendant, either directly or through intermediaries, including distributors, employees, divisions, branches, subsidiaries, parents, suppliers and/or customers, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems (the "infringing products/systems") that infringe or, when used by their intended users in the manner intended by Defendant, infringe(d) one or more claims of the '799 Patent in the State of Texas, in this judicial district, and elsewhere in the United States. On information and belief, these products include, but are not necessarily limited to, certain Bluetooth-enabled caller identification devices in Defendant's Pyle PBT series product line, as examples.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

a. A judgment in favor of Plaintiff that Defendant has infringed directly, and/or indirectly by way of inducing and/or contributing to the infringement of, the '799 Patent;

b. A permanent injunction enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the '799 Patent;

c. A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of the '799 Patent as provided under 35 U.S.C. § 284;

d. An award to Plaintiff for enhanced damages resulting from the knowing, deliberate, and willful nature of Defendant's prohibited conduct with notice being made at least as early as the filing of this Complaint, as provided under 35 U.S.C. § 284;

e. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees; and

f. Any and all other relief to which Plaintiff may show itself to be entitled.

Dated: March 21, 2018   Respectfully Submitted,

IOT CONSORTIUM OF PLANO TEXAS, LLC

By: /s/ Kenneth Thomas Emanuelson
Kenneth Thomas Emanuelson
Texas Bar No. 24012591
**ROSS IP GROUP, PLLC**
5050 Quorum Drive, Suite 700
Dallas, Texas 75254
Phone: 972-661-9400
Facsimile: 972-661-9401
kemanuelson@rossipg.com

/s/ D. Bryan Hughes
D. Bryan Hughes
Texas Bar No. 00793995
Jim E. Bullock
Texas Bar No. 00795271

**BEARD HARRIS BULLOCK & HUGHES**
115 North Wellington
Marshall Texas 75670
Phone: (903) 509-4900
Facsimile: (903) 509-4908
bryan@beardandharris.com
jim@beardandharris.com

**ATTORNEYS FOR PLAINTIFF
IOT CONSORTIUM OF PLANO TEXAS, LLC**

[4]